**Alvaro SANCHEZ-ORTEGA, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 12-73829**

United States Court of Appeals, Ninth Circuit.

Filed May 19, 2017

Submitted May 19, 2017 [*]
Pasadena, California

Charles Lee Gillig, Attorney, CASA Cornelia Law Center, San Diego, CA, for Petitioner

Dana Michelle Camilleri, Tracey McDonald, OIL, Anthony Cardozo Payne, Senior Litigation Counsel, Colette Jabes Winston, Esquire, Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: PREGERSON, NGUYEN, and OWENS, Circuit Judges.

[*] Oral argument was vacated. The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

## ORDER **

The case is submitted as of the date of this order.

Respondent's motion to remand is granted. This case is remanded to the Board of Immigration Appeals for further consideration in light of *Bringas-Rodriguez v. Sessions*, 850 F.3d 1051 (9th Cir. 2017) (en banc).

Costs on appeal are awarded to petitioner. This order shall serve as the mandate of the court.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.